Before STATE INDUSTRIAL BOARD, Respondent.    In the Matter of the Claim of JOHN A. CURRY, Respondent, for Compensation under the Workmen's Compensation Law, v. NATIONAL BLUE PRINT COMPANY, Employer, and THE OCEAN

Accident and Guarantee Corporation, Limited, Insurance Carrier, Appellants.—Award unanimously affirmed, with costs.